# UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF FLORIDA

| | | |
|---|---|---|
| FREDERIC ROBERTS, | : | __ Civ. ____ (____)(____) |
| Plaintiff, | : | |
| v. | : | **DEFENDANT OFFICER MICHAEL WILLIAMS; OFFICER PAUL BOSCO; OFFICER ROBERT FURMAN; CLEARWATER POLICE DEPARTMENT; and CITY OF CLEARWATER NOTICE OF REMOVAL** |
| SCOTT GLENN McGHEE; DAWN PASQUALE; OFFICER MICHAEL WILLIAMS; OFFICER PAUL BOSCO; OFFICER ROBERT FURMAN; CLEARWATER POLICE DEPARTMENT; and CITY OF CLEARWATER, | : | |
| Defendants. | : | |

**DEFENDANT OFFICER MICHAEL WILLIAMS; OFFICER PAUL BOSCO; OFFICER ROBERT FURMAN; CLEARWATER POLICE DEPARTMENT; and CITY OF CLEARWATER NOTICE OF REMOVAL**

**PLEASE TAKE NOTICE THAT** pursuant to 28 U.S.C. §§ 1441(a) and (c), OFFICER MICHAEL WILLIAMS; OFFICER PAUL BOSCO; OFFICER ROBERT FURMAN; CLEARWATER POLICE DEPARTMENT; and CITY OF CLEARWATER ("the Defendants") hereby remove this action from the Sixth Judicial Circuit of the State of Florida to the United States District Court for the Middle District of Florida. In support of this Notice of Removal, the Defendants aver as follows:

## Procedural History and Plaintiff's Allegations

1. Frederic Roberts ("Roberts") initiated this action against the Defendants and co-defendants Scott Glenn McGhee and Dawn Pasquale on March 28, 2022. Roberts amended his complaint on June 20, 2022 to include a total of 129 counts, and the Defendants were first served with process on July 5, 2022. The amended complaint contains several federal and state law claims against the Defendants stemming from what Roberts alleges was "an improper, unwarranted, and illegal call to the Clearwater Police Department to have [Roberts] cited for trespassing" by Mr. McGhee.

## Grounds for Removal

2. This Court has original jurisdiction over Counts 72-75, 77-78, 80-81, 87-88, 90-93, 95-105, 107-108, and 119-120 because those claims arise under the Constitution, laws, or treaties of the United States. *See* 28 U.S.C. § 1331.

## The Procedural Requirements for Removal Have Been Satisfied

3. The Defendants have the power to remove this action to this Court.

4. This action has been removed to the proper district court.

5. This action has been timely removed.

6. Mr. McGhee's and Ms. Pasquale's consent to removal is not necessary because the claims against Mr. McGhee (Counts 1-71) and Ms. Pasquale (Count 129) are not within the ambit of 28 U.S.C. § 1441(c). *See* 28 U.S.C. § 1441(c)(2) ("…Only defendants

against whom a claim described in paragraph (1)(A) has been asserted are required to join in or consent to the removal under paragraph (1).").

7. After filing this Notice of Removal, the Defendants will promptly serve written notice of this Notice of Removal on all adverse parties and file the same with the Clerk of the Sixth Judicial Circuit in accordance with 28 U.S.C. § 1446(d).

8. True and correct copies of all process, pleadings, and orders served on the defendants in the action pending in the Sixth Judicial Circuit of the State of Florida are attached hereto as Exhibit "A".

## Non-Waiver of Defenses

9. By removing this action from Sixth Judicial Circuit of the State of Florida, the Defendants do not waive any defenses available to it.

10. By removing this action from Sixth Judicial Circuit of the State of Florida, the Defendants do not admit any of the allegations in Roberts' complaint.

**WHEREFORE**, the Defendants removes the above-captioned action from the Sixth Judicial Circuit of the State of Florida to the United States District Court for the Middle District of Florida.

Dated: July 26, 2022   Respectfully submitted,
    Clearwater, Florida   By: _s/Michael Fuino_____
        Michael Fuino
        Senior Assistant City Attorney
        FBN: 84191
        P.O. Box 4748
        Clearwater, FL 33758
        Phone: 727-562-4010
        Email: michael.fuino@myclearwater.com
            valerie.mchargue@myclearwater.com
            kristen.parete@myclearwater.com
        *Attorneys for Defendants*

# EXHIBIT A

# STATE-COURT PROCESS, PLEADINGS, AND ORDERS