UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

FREDERIC ROBERTS,

    Plaintiff,

v.                                                  Case No: 8:22-cv-1679-KKM-AAS

SCOTT GLENN MCGHEE, DAWN
PASQUALE, MICHAEL WILLIAMS,
PAUL BOSCO, ROBERT FURMAN,
CLEARWATER POLICE DEPARTMENT,
and CITY OF CLEARWATER,

    Defendants.
_____

## ORDER

Frederic Roberts sued the defendants in Florida state court under 42 U.S.C. § 1983 and state tort law. (Doc. 3-2.) The defendants removed the action on July 26, 2022. (Doc. 1.) Roberts fails to appear.

A July 29, 2022 order directs Roberts to file a notice of related action and disclosure statement within fourteen days. (Doc. 4 ¶¶ 1–2). After Roberts failed to comply, another order requires Roberts to submit the notice and disclosure no later than August 22, 2022. (Doc. 13.) The order notifies Roberts that if he fails to comply, the action is subject to dismissal "without further notice." (Doc. 13.) Again, Roberts fails to reply. A third order directs Roberts to submit the notice and disclosure by September 13, 2022. (Doc. 22.) The order warns that if Roberts fails to comply, "he must show cause why this action should not be dismissed under Local Rule 3.10 for

failure to prosecute." (Doc. 22.) Notwithstanding these warnings, Roberts fails to submit the necessary documents. Also, Roberts fails to respond timely to the defendants' motions to dismiss. (*See* Doc. 23; Doc. 24.)

Because Rule 41(b), Fed. R. Civ. P.; *Betty K Agencies, Ltd. v. M/V MONADA*, 432 F.3d 1333, 1337 (11th Cir. 2005); and Local Rule 3.10 authorize *sua sponte* dismissal for failure to prosecute, this action is **DISMISSED WITHOUT PREJUDICE**. The clerk is directed to **TERMINATE** any pending motion and deadline and to **CLOSE** this case.

**ORDERED** in Tampa, Florida, on September 14, 2022.

STEVEN D. MERRYDAY
UNITED STATES DISTRICT JUDGE